Robert K. Lu (Cal. Bar No. 198607)
**REID & WISE LLP**
U.S. Bank Tower
633 West Fifth Street, 26th Floor
Los Angeles, CA
Tel: (619) 300-1849
rlu@reidwise.com

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| TD HOLDINGS, INC., formerly known as CHINA BAT GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> SOPHIE HARRISON (a.k.a. XIANQIN WANG HARRISON, SOPHIA WANG, XIANQIN WANG, XUEQING WANG) and HARRISON FUND, LLC, <br><br> Defendants. | Case No.: 20-cv-02307-VC <br><br> Hon. Vince Chhabria <br><br><br> **REQUEST FOR ENTRY OF DEFAULT** <br><br> [*Declaration of Robert K. Lu in Support of Request for Entry of Default concurrently filed herewith*] |

**TO THE CLERK OF THE COURT:**

Please enter the default of the defendant, Harrison Fund, LLC, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, on the ground that said defendant has failed to appear or otherwise respond to the Complaint within the time prescribed by the Federal Rules of Civil Procedure in that an entity defendant may not appear *pro se*.  Civil L.R. 3-9(b); *see also Employee Painters' Trust v. Ethan Enterprises, Inc.*, 480 F.3d 993, 998 (default judgment upheld for corporate defendant failing to appear by represented counsel).

The above stated facts are set forth in the accompanying declaration of Robert K. Lu, counsel for Plaintiff, filed concurrently herewith.

Dated: July 21, 2020                           Respectfully submitted,

                                       **REID & WISE LLP**

                                       BY:        /s/ Robert K. Lu
                                       _____

                                                Robert K. Lu
                                                Attorney for Plaintiff TD Holdings, Inc.

**CERTIFICATE OF SERVICE**

I, the undersigned, certify that on July 21, 2020, I served the foregoing Request for Entry of Default upon all counsel of record, by electronically filing the same to the Court's CM/ECF System to Arasto Farsad, counsel of record for defendant Harrison Fund LLC.

Additionally, because defendant Sophie Harrison has appeared *pro se* and has also appeared as the corporate representative of defendant Harrison Fund LLC, I also emailed copies of the aforementioned papers (*i.e.*, Request for Entry of Default and Declaration Of Robert K. Lu, Esq. In Support Of Request For Entry Of Default) to her at her email address on file with the Court's CM/ECF System: sophieharrison853@yahoo.com

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 21, 2020                    Respectfully submitted,

                                        **REID & WISE LLP**

                                        BY:      /s/ Robert K. Lu
                                                 Robert K. Lu
                                                 Attorney for Plaintiff TD Holdings, Inc.